COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Alicia Correa v. The State of Texas

Appellate case number:    01-14-00849-CR

Trial court case number:  1922160

Trial court:              County Criminal Court at Law No. 4 of Harris County

      Appellant's Motion to Extend Time to File Record filed February 5, 2015 is **GRANTED**. The clerk's record has previously been filed.  The reporter's record is due March 5, 2015.  No further extensions will be granted.

      It is so ORDERED.

Judge's signature: _____/s/_ Rebeca Huddle
               X  Acting individually    ☐ Acting for the Court

Date:  February 12, 2015